UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR & CRESCENT BOAT CO., a Nevada corporation, dba FLAGSHIP CRUISES & EVENTS,<br><br>                    Plaintiff-in-Limitation,<br><br>v.<br><br>L.M., J.M., and J.M., minors by and through their guardian ad litem, Elena Martinez,<br><br>                    Minor Claimants. | Case No.: 21-cv-00482-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

The matters before the Court are the Petition for Approval of Settlement and Compromise of Minors' Claims filed by Elena Martinez, as Guardian ad Litem for Minor Claimants L.M. (14-year-old), J.M.1 (11-year-old), and J.M.2 (7-year-old) ("Minor Claimants") (ECF No. 29), and the Report and Recommendation issued by the Magistrate Judge (ECF No. 35) recommending that the Court grant the Petition for Approval of Settlement and Compromise of Minors' Claims.

The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions

of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). The district court need not review de novo those portions of a report and recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

The parties have filed a Joint Stipulation to Waive Objections Period, which waives the 14-day objection period and requests that "the Court adopt the Report and Recommendation without further delay." (ECF No. 36). The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 35) is adopted in its entirety. Minor Claimants' Petition for Approval of Settlement and Compromise of Minors' Claims (ECF No. 29) is granted.

Dated: October 26, 2021

Hon. William Q. Hayes
United States District Court